1  Your Name: Rodney D. Greasham 1A-99L (ADOC # 159950)
2  Address: P.O Box 24402
3  City, State, Zip: Tucson, AZ 85734 (Whetstone unit)
4  Phone Number: N/A

☒ FILED  ☐ LODGED
Sep 19 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rodney D. Greasham,
   Plaintiff,
v.
CO III WARFORD C. # 05612 AND
CO III ANDERSON A. # 12214,
   Defendant(s).
CO III ANDERSON A. # 12214 AND
CO III WARFORD, C. # 05612

Case No: _____
New Case
Motion For Emergency Ruling on Tampering with Federal Witness Case No. CV-00359-SHR-PSOT
See. ATTN To Court for Retaliation)

Refused to give copy of (IR) request court To sybpoena IR, Emergency Ruling on ADOC Disciplinary Case NO. 25-TCA witness signed a statement he felt safe To Remain on the YARD and NO fear of his life. There were no Medical issues medical cleared MR. Greasham with NO handcuffs. MR. Greasham is always a Jovial guy all his life. all copies signed under Protest.

ADOC Thying To give MR. Greasham a MAJOR TickeT for being himself. I disagree, even SMI Patients act up and don't decieve disciplinary Tickets.

Cover

# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Letter

P.

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GREASHAM RODNEY D | 159950 | Tucson/Whetstone | 9-19-2025 |

| TO U.S Dist Court of Arizona + ADOC + COIII Warford + COIII Anderson | LOCATION C-37 Whetstone Unit |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 9/18/2025, I was approached by COIII Anderson because he says that I was making loud exclamations, acting irate and appeared to be under the influence. I am a very animated individual, and this alleged behavior is not out of the ordinary for me. Because I am a jovial person, always cracking jokes. I was locked in a approx. 3'x3' cage until I signed a waiver stating that I was safe to stay at Whetstone Unit before being released back to the yard. And subsequently placed on report. I was neither hostile, nor combative therefore no handcuffs were neither needed nor used in alleged incident.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] without prejudice/under protest UCC-1-308 | 9-19-2025 |

Have you addressed this with Department staff? ☒ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:
COIII Anderson #12214
COIII Warford #05612           9-19-2025
(Staff Member's Name) (Please print)    (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:  Original – Master File
               Copy – Inmate

P. 1

916-1
7/25/19

# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Letter

P. 1 of 3

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GREASHAM, RODNEY D | 159950 | Tucson/Whetstone | 9-19-2025 |

TO U.S. Dist Court of ARIZONA + ADOC + COIII Werford + COIII Anderson

LOCATION: C-37 Whetstone Unit

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

_____

STATE OF ARIZONA
County of Pima
THIS INSTRUMENT was acknowledged before me This 19th Day of September 2025, by Rodney D. Greasham.
NAME of Signer

Signer: [signature]

SHARI SIDRANSKY
Notary Public - Arizona
PIMA COUNTY
Commission # 681179
Expires February 9, 2029

[signature]
Notary Public

02/09/2029
MY COMMISSION expires

INMATE SIGNATURE: [signature] without prejudice / under protest  UCC-1-308
DATE: 9-19-2025

Have you addressed this with Department staff?  ☒ Yes  ☐ No
If yes, give the staff member's name and the date you addressed with them:
COIII Anderson #12214
COIII Werford #05612
(Staff Member's Name) (Please print)
9-19-2025
(Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution: Original – Master File
Copy - Inmate

P. 2

916-1
7/25/19

Exhibit - A



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Disciplinary Report**

1·A-99L

Case Number 25·TC9

| INMATE NAME (Last, First) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Greasham, R. | 159950 | ASPC-Tucson/Whetstone |

**CHARGE: GROUP NUMBER AND TITLE**
10B Disorderly Conduct

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On 09/18/2025 at 1317 hours, I COIII Anderson, A. #12214 visually observed Inmate Greasham, R. #159950 making loud exclamations, acting irate, and appeared to be under the influence. I initiated an ICS and requested additional staff to respond in 1A. At 1345 hours, I COIII Anderson, A. #12214 SID #AAAA verbally placed Inmate Greasham, R. #159950 on report. This report was written and completed by COIII Anderson, A. on 09/19/2025 at 0709 hours. End of report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First) (Please print) | RANK |
|---|---|---|
| 09/18/2025  1317 | Anderson, A. | COIII |

SIGNATURE: [signed]
DATE/TIME COMPLETED: 09/19/2025 / 0709

SHIFT SUPERVISOR REVIEW BY (Last, First Initial.) (Please indicate rank)
Coleman, H.  Lt
DATE/TIME REVIEWED: 09/19/2025 / 0714

SIGNATURE: [signed]
DATE: 9-19-2025.

**II. Delivery of Charge:** I hereby certify that on 9/19/2025 at 0839 hours, I have served notice on this inmate for a hearing on the charge. The inmate has received a paper copy of the Disciplinary Report. An electronic copy is forthcoming. For Major violations, the hearing is scheduled on or after 48 hours from delivery of charge. Appeals of Minor violations are due within 5 (five) calendar days.

| Inmate was offered staff assistance | Inmate requires interpreter Y/N | Inmate Plea Guilty/Not Guilty/No Plea |
|---|---|---|
| ☐ Accepted  ☑ Declined | N | No Plea |

INMATE SIGNATURE: without prejudice UCC 1-308
DATE: 9/19/2025
DELIVERING OFFICER SIGNATURE: COIII Warford, C. #5612
DATE: 9/19/2025

WITNESS NAME: Lomeli, A.
WITNESS SIGNATURE: [signed]
DATE: 9/19/2025

Due to inmate refusal or inability to confirm receipt of a copy of this document, I affirm that a copy was issued to the inmate on this date.

**III. Disposition:** This case was handled as
☑ Major Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution   ☐ Dismissed/Not Guilty
☐ Minor Violation – Reason for finding of guilt:

Penalty Assessed for a Minor Violation
☐ ___ Hours Extra Duty   ☐ Reprimand   ☐ Other ___
☐ ___ Days Loss of Privilege   ☐ Return/Forfeit Contraband Items

Distribution: Original - Master Record
Copy – Institutional File
Copy – Inmate
Electronic copy – Inmate

P.3

803-1
5/12/25