# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney D Greasham,<br><br>        Plaintiff,<br><br>v.<br><br>Unknown Warford, et al.,<br><br>        Defendants. | **NO. CV-25-00527-TUC-SHR (PSOT)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 4, 2025, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

December 16, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ Dora L. Valenzuela
      Deputy Clerk